TIMOTHY S. McCOLE
Email: McColeT@sec.gov
U.S. Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Telephone:   (817) 978-6453
Facsimile:    (817) 978-4927

LOCAL COUNSEL
JOHN BULGOZDY, Cal. Bar No.  219897
Email: BulgozdyJ@sec.gov
U.S. Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone:   (323) 965-3998
Facsimile:    (323) 965-9308
Attorneys for Plaintiff
U.S. Securities and Exchange Commission

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      vs.<br><br>PAUL N. NICHOLSON and PROFESSIONAL INVESTMENT EXCHANGE, INC.<br><br>            Defendants. | Case No. 8:11-cv-00546-JVS -RNB<br><br>**FINAL JUDGMENT AS TO CIVIL PENALTY AGAINST DEFENDANT PAUL N. NICHOLSON** |

The Court, having granted the motion of Plaintiff Securities and Exchange Commission ("Commission") for imposition of a civil penalty against Defendant Paul N. Nicholson ("Defendant"), the Court hereby enters judgment.

# I.

## IT IS ORDERED, ADJUDGED, AND DECREED that

Defendant shall pay a civil penalty in the amount of $321,137 to the Securities and Exchange Commission pursuant to Section 20(d) of the Securities Act of 1933[15 U.S.C. § 77t(d)] and Section 21(d) of the Securities Exchange Act of 1934[15 U.S.C. § 78u(d). Defendant shall make this payment within 14 days after entry of this Final Judgment.

Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center

Accounts Receivable Branch

6500 South MacArthur Boulevard

Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Paul N. Nicholson as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction over this action for all purposes, including to implement and enforce the terms of this Final Judgment and other orders and decrees which may be entered, and to grant such other relief as this Court may deem necessary and just.

Dated: January 31, 2014

James V. Selna
United States District Court Judge